**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | |
|---|---|
| In re: | : |
| | : |
| ANGELA R. BROWN, | : Case No. 20-1-2460-TC |
| | : Chapter 13 |
| Debtor. | : |
| | : |

**PRAECIPE REQUESTING ENTRY OF AN ORDER**
**DENYING CONFIRMATION WITHOUT LEAVE TO AMEND**
**FOR DEBTOR'S FAILURE TO FULFILL**
**CONDITION TO CONFIRMATION**

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case, requests the Court to enter an Order denying confirmation without leave to amend inasmuch as the Debtor has failed to provide her 2019 state taxes within 14 days of the confirmation hearing held on June 23, 2020.

Respectfully submitted,

July 22, 2020

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, #301
Columbia, Maryland 21046
(410) 290-9120

**Certificate of Service**

I hereby certify that the following persons are to be served electronically via the CM/ECF system:

Daniel M. Press, Esq.

I caused a copy of the foregoing to be sent on July 22, 2020 by first-class U.S. mail, postage prepaid to:

Angela R. Brown
1302 1st Street
Rockville, MD  20850

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)