## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## (Greenbelt Division)

```
-------------------------------------------------------------X
In re:                                           :    Chapter 13
                                                 :
Angela Renee Brown                               :    Case No. 20-12460
         Debtor.                                 :
                                                 :
-------------------------------------------------------------X
```

### RESPONSE TO TRUSTEE'S LINE

Debtor responds and objects to the Trustee's "Line." The tax return was provided timely to the trustee, and the Trustee failed to mention his claim that it was not received when the case was discussed before confirmation. The only issue was amending the plan to reflect the car's court-determined valuation.

Wherefore, Debtor requests that the Court confirm the Debtor's Plan.

Dated: July 22, 2020.

Respectfully submitted,

 /s/Daniel M. Press
Daniel M. Press
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of July, 2020, the foregoing Response was served on the Trustee by CM/ECF, as follows:

Timothy P. Branigan cmecf@chapter13maryland.com

                                                     /s/Daniel M. Press
                                                    Daniel M. Press
                                                    CHUNG & PRESS, P.C.
                                                    6718 Whittier Avenue, Suite 200
                                                    McLean, Virginia 22101
                                                    (703) 734-3800